FILED

DEC 15 2015

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYCE DOUGLAS FISCHER,<br><br>Defendant. | CR-15-16-M-DLC<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of possession with the intent to distribute methamphetamine in violation of 21 U.S.C. § 846, as set forth in the Superseding Information. In exchange for Defendant's plea, the United States has agreed to dismiss the Superseding Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

FINDINGS AND RECOMMENDATION - Page 1

2. That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of the charge set forth in the Superseding Information. I further recommend that the Superseding Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 15th day of December, 2015.

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge

FINDINGS AND RECOMMENDATION - Page 2